# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DYNAMIC DATA TECHNOLOGIES, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**GOOGLE LLC AND YOUTUBE, LLC,**<br><br>*Defendants.* | Civil Action No. 2:18-cv-466<br><br>JURY TRIAL DEMANDED |

## ORDER

CAME ON FOR CONSIDERATION, Plaintiff Dynamic Data Technologies, LLC ("DDT's") Unopposed Motion for Extension of Time to File Response to Defendants Google LLC and YouTube, LLC's Motion to Transfer to the Northern District of California (Dkt. 41). Docket No. 46. Having considered the motion, it is hereby **GRANTED**. It is accordingly

**ORDERED** that the deadline for DDT to file its Response to the motion is extended up to and including July 25, 2019.

**So ORDERED and SIGNED this 15th day of July, 2019.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE