# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **DYNAMIC DATA TECHNOLOGIES, LLC,** § § *Plaintiff*, § § v. § § **GOOGLE LLC AND YOUTUBE, LLC,** § § *Defendants*. § § | Civil Case No. 2:18-cv-466-RWS |

## ORDER GRANTING THE PARTIES' JOINT MOTION TO TRANSFER TO THE DISTRICT OF DELAWARE

Before the Court is the Parties' Joint Motion to Transfer the above-styled action to the District of Delaware. Docket No. 48. Having considered the Motion, it is hereby **GRANTED**. It is therefore

**ORDERED** that the above-styled action be **TRANSFERRED** to the United States District Court for the District of Delaware.

**So ORDERED and SIGNED this 22nd day of July, 2019.**

*[Signature: Robert W. Schroeder III]*

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE